UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES AND STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, and THE DISTRICT OF COLUMBIA ex rel W. CHRISTIAN HOYER and PEGGY RYAN,<br><br>Plaintiffs,<br><br>v.<br><br>HIND HEALTH CARE, INC., TEIKOKU SEIYAKU CO., LTD. d/b/a TEIKOKU PHARMA USA, INC., LARRY CALDWELL, and BRADLEY GALER,<br><br>Defendants. | Case No.  5:15-cv-04928-HRL<br>*SEALED*<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE**<br><br>**REPORT AND RECOMMENDATION** |

This is a qui tam action for alleged violation of the federal False Claims Act, 31 U.S.C. § 3729, et seq., as well as the false claims laws of a number of states (Plaintiff States) and the District of Columbia.  The United States, Plaintiff States, and the District of Columbia have filed notices of their decisions not to intervene in this action.  Accordingly, this matter stands poised to

be unsealed so that the complaint can be served upon the defendants. However, the Plaintiff States point out that under Maryland law, where (as here) the State of Maryland declines to intervene in an action, then "before unsealing the complaint, the court shall dismiss the action." Md. Health Gen. § 2-604(a)(7). Thus, in their Notice of Election to Decline Intervention, the Plaintiff States request an order dismissing without prejudice all claims asserted on behalf of the State of Maryland. Absent full consent of all parties to proceed before a magistrate judge, however, the undersigned lacks jurisdiction to issue dispositive orders, and any such order issued without full consent would be null and void. See 28 U.S.C. § 636.

Accordingly, this court orders that this matter be reassigned to a district judge, along with the recommendations that:

1. The United States' proposed order re its Notice of Election to Decline Intervention (Dkt. 7) be entered as an order of the court and unsealed as of the date the seal of this matter is lifted;
2. The Plaintiff States' and District of Columbia's proposed order re their Notice of Election to Decline Intervention (Dkt. 10) be entered as an order of the court and unsealed as of the date the seal of this matter is lifted;
3. The relators' complaint (Dkt. 1), the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 2), the United States' and the Plaintiff States'/District of Columbia's notices of election to decline intervention (Dkts. 7, 9), and this Order and Report and Recommendation be unsealed and served upon the defendants.
4. The Clerk's Notice re Deadline for Consent or Declination to Proceed Before a United States Magistrate Judge (Dkt. 11) and the Consent/Declination forms (Dkts. 12 and 13) be unsealed as of the date the seal of this matter is lifted.
5. The seal of this matter be lifted as to all other matters occurring in this action after the date the newly assigned judge enters an unsealing order.

Any party may serve and file objections to this Report and Recommendation within

1  fourteen days after being served. Fed. R. Civ. P. 72.

2  Dated:   October 27, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-04928-HRL Notice sent by U.S. Mail to:

Kimberly Friday
Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Lora Fox Martin
California Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108

Jillian L. Estes
4830 W. Kennedy Blvd.
One Urban Centre, Suite 550
Tampa, FL 33609

Michael A. Hirst
Hirst Law Group, P.C.
200 B Street, Suite A
Davis, CA 95616

4